## Erska v. Schriver, Appellant.

Argued April 14, 1965. *Charles Kirshner*, with him *H. N. Rosenberg*, and *Rosenberg & Kirshner*, for appellant; *Joseph B. Bagley*, with him

*Robert N. Peirce, Jr.,* and *Hess, Hess & Bagley,* for appellee.

Judgment affirmed.

FLOOD, J., absent.